UNITED STATES BANKRUPTCY COURT
Southern District of Iowa                    RECEIPT

| Case # 18-01111 CJ | Chapter 13 | # 000013808 - CC | | |
|---|---|---|---|---|
| Filed: 05/14/18 | Des Moines | 02:28 PM, February 03, 2020 | | |
| | | Code | Qty | Amount |
| Judge: Judge Jackwig | | UC | 1 | $1471.98 |
| Trustee: Carol F. Dunbar | | | | |
| Debtor(s): | | | | |
| Greg E Wilson | | | | |

TOTAL PAID: $1471.98
From:  Carol F Dunbar
531 Commercial St
Ste 500
Waterloo, IA 50701                       4